IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CODY SHEAROUSE,

    Plaintiff,

v.

REMINGTON ARMS COMPANY, LLC,

    Defendant.

CASE NO. CV417-107

**O R D E R**

Before the Court is the parties' Joint Motion for a Status Conference, in which the parties seek a status conference to discuss how to proceed in this action. (Doc. 55 at 1.) The Court has this day entered an order and notice of pretrial proceedings. (Doc. 56). As stated in the order and notice of pretrial proceedings, the parties are directed to file a joint consolidated proposed pretrial order by the close of business on **January 8, 2020.** (Id. at 1.) As is the custom of this Court, after the Court is in receipt of the proposed pretrial order, the Clerk of Court will schedule this action for a pretrial conference. Accordingly, the parties' joint motion (Doc. 55) is **DENIED.**

SO ORDERED this 12th day of November 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA