IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CODY SHEAROUSE | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 4:17-cv-00107-WTM-CLR |
| REMINGTON ARMS COMPANY, LLC | ) |
| Defendant. | ) |

## ORDER

This Court having considered Plaintiff's Motion to File Documents Under Seal hereby GRANTS this Motion. It is HEREBY ORDERED that the following exhibits shall be filed under seal:

- Exhibits 2 and 8 to Plaintiff's Response to Defendant's Motion in Limine to Exclude Evidence of Other Occurrences, Lawsuits, Settlements & Verdicts;

- Exhibit 1 and 5 to Plaintiff's Response to Defendant's Motion in Limine to Exclude Evidence of Punitive Damages, including Size, Net Worth, Financial Statements, Wealth and Profit; and

- Exhibit 2 to Plaintiff's Response to Defendant's Motion in Limine to Exclude Casually Related Defects and Conditions and Other Inadmissible Matters.

SO ORDERED this 10 day of February, 2020.

Honorable Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

Prepared by:

Roy R. Kelly, IV, Esq.
KELLY & KELLY, LLP
301 East 37th Street
Savannah, GA 31401
(912) 234-0411 telephone
(912) 999-6870 facsimile
rkelly@kklegal.com

-1-