FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 FEB 20 PM 4: 01

CLERK _MBD_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

CODY SHEAROUSE            )
                          )
        Plaintiff,        )
                          )
v.                        )       CIVIL ACTION CASE
                          )       NO. 4:17-CV-00107-WTM-CLR
REMINGTON ARMS COMPANY, LLC )
                          )
        Defendant.        )

### ORDER

The Court having considered Defendant Remington Arms Company, LLC's Motion to

File Documents Under Seal hereby GRANTS this Motion. It is HEREBY ORDERED that the

following exhibits shall be filed under seal:

> 1) Exhibit A to Remington's Reply to Plaintiff's Response to Remington's Motion *In Limine* to Exclude Non-Causally Related Defects And Conditions And Other Inadmissible Matters; and
>
> 2) Exhibit A to Remington's Reply to Plaintiff's Response to Remington's Motion *In Limine* to Exclude Evidence of Other Occurrences, Lawsuits, Settlements, and Verdicts.

SO ORDERED this _20th_ day of February, 2020.

_Christopher L. Ray_

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia