IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CODY SHEAROUSE,                )
                               )
    Plaintiff,                 )
                               )
v.                             )  CASE NO. CV417-107
                               )
REMINGTON ARMS COMPANY, LLC,   )
                               )
    Defendant.                 )
                               )

## O R D E R

This case has been scheduled for trial several times and has been continued due to the COVID-19 pandemic. Currently, the trial in this case is scheduled to begin on Monday, August 24, 2020. (Doc. 127.) However, after considering the present state of the COVID-19 pandemic in the state of Georgia and the public health concerns for members of the jury pool, members of the bar, court staff, and judges, the Court finds that a trial on August 24, 2020 should not go forward. Accordingly, the Court **ORDERS** that the trial in this case is continued until a later date to be determined by the Court.

Additionally, the Court notes that Defendant Remington Arms Company, LLC ("Remington") has filed its Notice of Bankruptcy Filing on July 28, 2020 stating that it has filed for bankruptcy in the United States Bankruptcy Court for the Northern District of Alabama. (Doc. 128.) Pursuant to 11 U.S.C. § 362, proceedings

before this Court against Defendant Remington must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition. Accordingly, the Clerk of Court is **DIRECTED** to **STAY** this case.[1] Should it become necessary, any party may move to lift the stay and reopen this case.

SO ORDERED this 30th day of July 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, all pending motions are administratively terminated. Should the stay in this case be lifted, the Clerk of Court is **DIRECTED** to reopen those motions at that time.

2